**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBIN WADE ERVIN**                                                                          **PLAINTIFF**

**V.**                                        **4:14CV00185-BRW**

**DEWNY HYSLIP,** *et al*.                                                                      **DEFENDANTS**

**ORDER**

On March 24, 2014, Plaintiff, who is currently in the Washington County Detention Center, filed a complaint raising issues related to his bond and lawyers connected to a case in Washington County.

Washington County, Arkansas is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fayetteville Division, John Paul Hammerschmidt Federal Building, 35 East Mount Street, Room 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED this 25th day of March, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE